UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS ENRIQUE VIANA GALICIA, A-234-301-724,

Petitioner,

v.

WARDEN OF THE GOLDEN STATEANNEX, et al.,

Respondents.

No. 1:26-cv-02257-DJC-EFB (HC)

ORDER GRANTING PETITION

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 15) are adopted in full.
2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is GRANTED, as follows:
    a. Respondents are ORDERED to provide Petitioner Carlos Enrique Viana Galicia (A-234-301-724), within fourteen (14) days, a bond hearing before an Immigration Judge that complies with all statutory, regulatory, and constitutional requirements and at which the Government shall bear the burden to establish by clear and convincing evidence that Petitioner presents a risk of flight or danger to the community in light of available alternatives to detention, so as to justify his ongoing detention; and
    b. If Respondents fail to provide Petitioner a bond hearing within fourteen (14) days, Petitioner shall be immediately released from Respondents' custody;
3. Petitioner's request for attorney's fees and costs is denied without prejudice to bringing a properly noticed and supported motion;
4. The Clerk is directed to enter judgment in favor of petitioner and close the case.

IT IS SO ORDERED.

Dated: **July 24, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE